In the Matter of the Application of LOUIS SPERLING, Appellant, for an Order Staying Arbitration Proceedings against NEWTOWN LAUNDRY SERVICE, INC., Respondent, and Others, Defendants.— Appeal from an order denying a motion to stay arbitration proceedings under subdivision 2 of section 1458 of the Civil Practice Act. Order affirmed, with ten dollars costs and disbursements. Petitioner was a member of the union of laundry workers and in the employ of the laundry operator at the time the latter made the contract with the union. Petitioner knew of the contract and that it was made by the union in his behalf as one of the members of the union. He also knew his wages, hours and other interests were served by the provisions of the contract. He became bound thereby. It contained the arbitration clause he now seeks to avoid. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

ABRAHAM KELLER, as Administrator, etc., of IRWIN KELLER, Deceased, Respondent, v. JACK DRATTELL and Others, Defendants, and SOL GOLD, Appellant.— Order denying appellant's motion for leave to serve a proposed amended answer reversed on the law and the facts, without costs, and the motion granted, without costs, the proposed amended answer to be served within ten days from the entry of the order hereon. Appellant seeks permission to serve an amended answer denying operation, management and control of a car alleged to have been owned by defendant Strauss and operated by defendant Drattell. We are of opinion that the motion should have been granted in the absence of any showing that the plaintiff would be prejudiced by such amendment. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.